UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF<br><br>A black in color Google smartphone and a silver Hewlett Packard Chromebook Plus laptop computer currently secured at the Federal Bureau of Investigation, Detroit Division, Grand Rapids Resident Agency, further described in Attachment A | No.: 1:26-MJ-514 |

**NOTICE OF APPEARANCE**

The undersigned counsel enters their appearance for the United States of America in the above action.

Respectfully submitted,

TIMOTHY VERHEY
United States Attorney

Dated: November 19, 2026

*/s/ Nils R. Kessler*
NILS R. KESSLER
Assistant United States Attorney
P.O. Box 208
Grand Rapids, Michigan 49501-0208
Tel: (616) 456-2404