# <u>ATTACHMENT A</u>
## Property to be Searched

The property to be searched is a black in color Google smartphone and a silver Hewlett Packard Chromebook Plus laptop computer, both known to belong to MIKOLAI STASIULEWICZ (the "Subject Devices"). The Subject Devices are depicted below and are currently secured at the Federal Bureau of Investigation, Detroit Division, Grand Rapids Resident Agency, which is located at 330 Ionia Avenue Northwest, Grand Rapids, Michigan. This warrant authorizes the forensic examination of the Subject Device for the purpose of identifying the electronically stored information described in Attachment B.




