# ATTACHMENT B
## Information and Evidence to be Seized

Evidence of violations of 18 U.S.C. § 668 (Theft of major artwork), 18 U.S.C. § 2314 (Transportation of stolen goods), 18 U.S.C. § 371 (conspiracy), "the Subject Offenses," found in:

1. Global Positioning System (GPS) data indicating the location of the Subject Device as it relates to the Subject Offenses;

2. Digital photographs or video files depicting evidence, fruits or instrumentalities of the crime, or that relate to the Subject Offenses;

3. Electronic communications including email, text messages, multimedia messages, and communications through social media networks and apps that relate to the Subject Offenses;

4. Calendar entries, scheduling information, electronic tickets and other evidence of travel and meetings related to the Subject Offenses;

5. Toll records documenting incoming and outgoing phone calls, text messages, and email as it pertains to the Subject Offenses;

6. Lists, records, notes, or similar files documenting the Subject Offenses;

7. Audio files including voice mail messages or chats relating to Subject Offenses;

8. Evidence of user attribution showing who used or owned the Subject Devices at the times items and records described in this warrant were created, edited, or deleted; and

9. Records evidencing the use of the internet as it pertains to the Subject Offenses, including:

    a. Records of Internet Protocol (IP) addresses used; and

    b. Records of internet activity, including firewall logs, caches, browser history and cookies, bookmarked or favorite webpages, search terms that the user entered into any internet search engine, and records of user-typed web addresses.

This warrant authorizes a review of electronic storage media and electronically stored information seized or copied pursuant to this warrant in order to locate evidence, fruits, and instrumentalities described in this warrant. The review of this electronic data may be conducted by any government personnel assisting in the investigation, who may include, in addition to law enforcement officers and agents, attorneys for the government, attorney support staff, and technical experts. Pursuant to this warrant, the FBI may deliver a complete copy of the seized or copied electronic data to the custody and control of attorneys for the government and their support staff for their independent review.